THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. YOUNG, Respondent, *v.* THOMAS STURGIS, as Fire Commissioner of the City of New York, Appellant.

*People ex rel. Young* v. *Sturgis*, 85 App. Div. 20, affirmed.
(Argued October 6, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1903, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to give relator employment in the fire department of the city of New York.

*George L. Rives*, *Corporation Counsel* (*James McKeen* of counsel), for appellant.

*Joseph A. Burr* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Accounting of the UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of HELENA ROGERS, Deceased, Respondent.

JOHN FERDON ROGERS, Appellant.

(Submitted October 5, 1903; decided October 20, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 304.)